IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | * |
| | * CRIMINAL No. 10-00012-KD |
| | *     **UNDER SEAL** |
| | * |
| SAEID KAMYARI. | * |
| | * |

**ORDER**

A pretrial conference was held on May 17, 2010 before the undersigned Magistrate Judge. Present at this conference were Greg Hughes Esq., counsel for Defendant, Saeid Kamyari, and Assistant United States Attorney Greg Bordenkircher. At the conference, counsel for Defendant filed a Motion for a Continuance. AUSA Bordenkircher advised the court that there was no objection to Defendant's motion to continue. Upon consideration of the motion, and after hearing from counsel on the issue, the Court concludes that the ends of justice served by continuing this action outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. §3161(h)(7)(A). Specifically, the undersigned finds that the request to continue this action so that Defendant's counsel can ready this case for trial or other resolution is reasonable. 18 U.S.C. § 3161(h)(7)(B) (iv) (stating that the court may consider whether the failure to grant a continuance would deny defense counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.")

**However, this continuance is contingent upon the defendant filing a written waiver of his right to a speedy trial signed by the defendant not later than <u>Friday, May 21, 2010</u>.** Accordingly, provided that the defendant files his waiver of speedy trial rights on or before May

21, 2010, the motion to continue trial is **GRANTED** and this case is continued to the **July 2010** trial term with jury selection to be held on **June 28, 2010.**

The Clerk of the Court is directed to refer this matter to the Magistrate Judge Milling for scheduling of a pre-trial conference in June 2010.

DONE this 17th day of  May 2010.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**